RICHARD DOWSON v. BOROUGH OF LODI.

February 3, 1986.

Petition for certification denied.

RAFAEL AZTARIAN v. TOWN OF WEST NEW YORK.

February 3, 1986.

Petition for certification denied.

VIRGINIA DEL BAGLIVO v. NEWTON B. KIRK, ET AL.

February 3, 1986.

Petition for certification denied.

TOWNSHIP OF VERNON v. EMERGENCY TECHNICAL SERVICES CORPORATION, ET AL. AND THE DEPARTMENT OF ENVIRONMENTAL PROTECTION OF THE STATE OF NEW JERSEY AND THE CITY OF NEWARK, ETC.

February 3, 1986.

Petition for certification denied.